IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EUGENE COLLINS
ADC # 138950                                                            PLAINTIFF

v.                          No. 3:12-cv-208-DPM

MIKE ALLEN, Sheriff of Crittenden County;
TERESA BONNER, Chief Jailer,
Crittenden County; RON COLEMAN, Administrator,
Crittenden County Detention Facility; and
L. THORTON, Parole Supervisor, all sued in their
individual and official capacities                                      DEFENDANTS

JUDGMENT

Collins's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 October 2012